No. 537. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* PEAVY-WILSON LUMBER CO.;

No. 538. SAME *v.* PEAVY-MOORE LUMBER CO.; and

No. 539. SAME *v.* PEAVY-BYRNES LUMBER CO. ■

Argued April 12, 13, 1932. Decided April 18, 1932. *Per Curiam:* The judgments of the Circuit Court of Appeals in these cases are reversed and the cases remanded to the Circuit Court of Appeals with instructions to remand to the Board of Tax Appeals for further proceedings in conformity with the opinion of this Court in *Handy & Harman* v. *Burnet, Commissioner of Internal Revenue,* 284 U. S. 136. *Mr. Whitney North Seymour,* with whom *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, John H. McEvers,* and *John MacC. Hudson* were on the brief, for petitioner. *Messrs. Sidney L. Herold* and *John B. Files* for respondents. ■